IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

ORDER

The pending Motions to Dismiss filed in the cases in Exhibit A are GRANTED.

Accordingly, the CASES are DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of August, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

1

## EXHIBIT A

4:05-cv-01412-BRW Blower v. Wyeth Inc et al
4:05-cv-01413-BRW Androvandi v. Wyeth Inc et al
4:05-cv-01414-BRW Stone v. Wyeth Inc et al
4:05-cv-01415-BRW Abrams v. Wyeth Inc et al
4:05-cv-01416-BRW Wotring v. Wyeth Inc et al

4:05-cv-01417-BRW Butler v. Wyeth Inc et al
4:05-cv-01418-BRW Walz v. Wyeth Inc et al
4:05-cv-01419-BRW Himes et al v. Wyeth Inc et al
4:05-cv-01429-BRW Bonar et al v. Wyeth Inc et al
4:05-cv-01430-BRW Blankenship et al v. Wyeth Inc et al

4:05-cv-01435-BRW Mays et al v. Wyeth Inc et al
4:05-cv-01437-BRW Dudgeon et al v. Wyeth Inc et al
4:05-cv-01442-BRW Monk et al v. Wyeth Inc et al
4:05-cv-01443-BRW Boots et al v. Wyeth Inc et al
4:05-cv-01444-BRW Sullivan v. Wyeth Inc et al

4:05-cv-01445-BRW Terry v. Wyeth Inc et al
4:05-cv-01447-BRW Hoskins v. Wyeth Inc et al
4:05-cv-01450-BRW Hines v. Wyeth Inc et al
4:05-cv-01451-BRW Wolfe v. Wyeth Inc et al
4:05-cv-01452-BRW Murphy v. Wyeth Inc et al

4:05-cv-01453-BRW Cain v. Wyeth Inc et al
4:05-cv-01457-BRW Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW Lake v. Wyeth Inc et al
4:05-cv-01459-BRW Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW Von Nostitz v. Wyeth Inc et al

4:05-cv-01461-BRW Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW Steinbuch et al v. Wyeth Inc et al
4:05-cv-01467-BRW Huff et al v. Wyeth Inc et al
4:05-cv-01468-BRW Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW Hamlin et al v. Wyeth Inc et al

4:05-cv-01566-BRW Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW Thompson et al v. Wyeth Inc et al
4:05-cv-01569-BRW Jones v. Wyeth Inc et al
4:05-cv-01572-BRW Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW Penrod v. Wyeth Inc et al

4:05-cv-01577-BRW Spielman et al v. Wyeth Inc et al
4:05-cv-01578-BRW Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW Reece v. Wyeth Inc et al
4:05-cv-01596-BRW Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW Combs et al v. Wyeth Inc et al

4:05-cv-01600-BRW Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW Littrell et al v. Wyeth Inc et al
4:05-cv-01791-BRW Smith et al v. Wyeth Inc et al
4:06-cv-00148-BRW Watson et al v. Wyeth Inc et al
4:06-cv-00153-BRW Sears v. Wyeth

4:06-cv-00161-BRW Spivey et al v. Wyeth Inc et al
4:06-cv-00173-BRW Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW Vossler et al v. Wyeth Inc et al
4:06-cv-00273-BRW Johnson v. Wyeth et al